In re Stringer, Louise Succ. of; Monroe, J. Edgar; O’Meara, Maurice P. Succ. of; Polmer, Bluma Cohen Succ. of; Irwin, Leon Jr. Succ. of; O’Meara, Evelyn Cahill; O’Meara, Maurice P. Jr.; Irwin, Olivia *1307 Bartlett; Polmer, Bluma Cohen; — Plaintiffs); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. 90CA-1393; Parish of Orleans, Civil District Court, Div. “H”, Nos. 89-9348, 89-1457, 89-57, 89-1932.
Prior report: La.App., 577 So.2d 1035.
Denied.
WATSON, J., recused.